No. 377. VILLAGE OF BROWN DEER *v.* CITY OF MIL-WAUKEE ET AL. Supreme Court of Wisconsin. Certiorari denied. *Harold H. Fuhrman* and *Stewart G. Honeck* for petitioner. *Harry G. Slater, Richard F. Maruszewski* and *John F. Cook* for the City of Milwaukee, respondent.

No. 385. DULL *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 389. DILLARD *v.* JACKSON'S ATLANTA READY MIX CONCRETE Co., INC. Court of Appeals of Georgia. Certiorari denied. *G. Seals Aiken* for petitioner. *Hosea Alexander Stephens* for respondent.

No. 391. UNITED STATES *v.* TOBIN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. *Thomas E. Dewey, Everett I. Willis, Lino A. Graglia* and *Sidney Goldstein* for respondent.

No. 400. GOLDBERG *v.* UNITED STATES ET AL. Motion of Philadelphia Electric Co. to be added as a party respondent granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Victor Hugo Wright* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States et al. *Vincent P. McDevitt* and *Eugene J. Bradley* for Philadelphia Electric Co.